# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>MARIA V. MONTGOMERY, AS TRUSTEE OF THE MVM EVERGREEN TRUST; and DOES 1 to 10,<br><br>          Defendants. | CASE NO. 2:23-cv-04401-JLS-AFM<br><br><br>**JUDGMENT OF DISMISSAL** |

1    In accordance with the Court's Order dismissing this action for lack of prosecution,

2    a JUDGMENT OF DISMISSAL is hereby entered.

3

4    DATED:  October 17, 2023

5                                                   _____

6                                                   HON. JOSEPHINE L. STATON
                                                    UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28